# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128998

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                          SC: 128998
                                          COA: 254012
                                          Oakland CC: 2003-189091-FH

BARRY LEIGH WHITTAKER,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the May 12, 2005 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Mileski* (Docket No. 127457) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we order that the application be held in ABEYANCE pending the decision in that case.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk